UNITED STATES COURT FOR THE

DISTRICT OF IDAHO

| | |
|---|---|
| NATASHA CHRISTENSEN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JEFFERSON CAPITAL SYSTEMS, a Georgia limited liability company;<br><br>　　　　　　Defendant. | Case No.  4:17-cv-00190-DCN<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

　　　This Court, having considered the parties' Stipulation to Dismiss Without Prejudice and finding it proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), HEREBY ORDERS that this case is DISMISSED WITHOUT PREJUDICE.  Each party shall bear their own costs and fees.

DATED: September 8, 2017

_____
Honorable David C. Nye
United States District Court